FILED

JUN 0 9 2026

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHRISTOPHER ERIC FISHER

Criminal No. 3:26-cr- 19

[18 U.S.C. §§ 1114(a)(3), 1113, 111(a)(1), 111(b), 924(c)(1)(A)(i) and (iii), and 922(g)(1)]

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, with premeditation and malice aforethought, did unlawfully attempt to kill an officer and employee of the United States, that is, United States Marshals Service Deputy U.S. Marshal 1, while Deputy U.S. Marshal 1 was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

## COUNT TWO

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, with premeditation and malice aforethought, did unlawfully attempt to kill an officer and employee of the United States, that is, United States Marshals Service Task Force Officer 1, while Task Force Officer 1 was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

## COUNT THREE

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, with premeditation and malice aforethought, did unlawfully attempt to kill an officer and employee of the United States, that is, United States Marshals Service Task Force Officer 2, while Task Force Officer 2 was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

## COUNT FOUR

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, with premeditation and malice aforethought, did unlawfully attempt to kill an officer and employee of the United States, that is, United States Marshals Service Task Force Officer 3, while Task Force Officer 3 was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

## COUNT FIVE

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, with premeditation and malice aforethought did unlawfully attempt to kill an officer and employee of the United States, that is, United States Marshals Service Task Force Officer 4, while Task Force Officer 4 was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

## COUNT SIX

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, with premeditation and malice aforethought, did unlawfully attempt to kill an officer and employee of the United States, that is, United States Marshals Service Task Force Officer 5, while Task Force Officer 5 was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

## COUNT SEVEN

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, did intentionally and unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Section 1114 of Title 18, United States Code, that is, an officer and employee of the United States, to wit, United States Marshals Service  Deputy U.S. Marshal 1, while he was engaged in or on account of the performance of official duties, with a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT EIGHT

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania; the defendant, CHRISTOPHER ERIC FISHER, did intentionally and unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Section 1114 of Title 18, United States Code, that is, an officer and employee of the United States, to wit, United States Marshals Service Task Force Officer 1, while he was engaged in or on account of the performance of official duties, with a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT NINE

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, did intentionally and unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Section 1114 of Title 18, United States Code, that is, an officer and employee of the United States, to wit, United States Marshal Service Task Force Officer 2, while he was engaged in or on account of the performance of official duties, with a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

9

## COUNT TEN

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, did intentionally and unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Section 1114 of Title 18, United States Code, that is, an officer and employee of the United States, to wit, United States Marshal Service Task Force Officer 3, while he was engaged in or on account of the performance of official duties, with a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT ELEVEN

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, did intentionally and unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Section 1114 of Title 18, United States Code, that is, an officer and employee of the United States, to wit, United States Marshal Service Task Force Officer 4, while he was engaged in or on account of the performance of official duties, with a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

11

## COUNT TWELVE

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, did intentionally and unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Section 1114 of Title 18, United States Code, that is, an officer and employee of the United States, to wit, United States Marshal Service Task Force Officer 5, while he was engaged in or on account of the performance of official duties, with a deadly and dangerous weapon.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

12

## COUNT THIRTEEN

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, knowingly did use, carry, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Attempted Murder of Federal Officer or Employee, contrary to the provisions of Title 18, United States Code, Section 1114(a)(3), as charged at Counts One, Two, Three, Four, Five, and Six of this Indictment, and Assault of Federal Officer or Employee Involving Use of a Deadly and Dangerous Weapon, contrary to the provisions of Title 18, United States Code, Sections 111(a)(1), (b), as charged at Counts Seven, Eight, Nine, Ten, Eleven, and Twelve of this Indictment, and did knowingly and unlawfully possess said firearm in furtherance of said crime of violence.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (iii).

## COUNT FOURTEEN

The grand jury further charges:

On or about April 16, 2026, in the Western District of Pennsylvania, the defendant, CHRISTOPHER ERIC FISHER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely,

      a. manufacture, delivery, or possess with intent to manufacture or deliver a controlled substance, on or about February 9, 2017, at Docket Number CP-56-CR-731-2016; and

      b. a violation of the Pennsylvania Uniform Firearms Act, on or about June 2, 2022, at Docket Number CP-56-CR-675-2020,

both in the Court of Common Pleas, County of Somerset, Criminal Division, Commonwealth of Pennsylvania, knowingly possessed, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: one (1) Smith & Wesson .357 Magnum revolver, bearing serial number 55K6209, and three (3) rounds of .357 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

14

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to CHRISTOPHER ERIC FISHER, charged in Counts One through Fourteen; that, upon his conviction of any such offenses, the United States will seek forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); which requires any person convicted of these offenses to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offenses, including, but not limited to:

1.     One (1) Smith & Wesson .357 Magnum revolver, bearing serial number 55K6209; and

2.     Various ammunition.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
MAUREEN SHEEHAN-BALCHON
Assistant United States Attorney
PA ID No. 78059

_____
ARNOLD P. BERNARD, JR.
Assistant United States Attorney
PA ID No. 313734

15