**FILED**

**JUN 0 9 2026**

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHRISTOPHER ERIC FISHER

Criminal No. 3:26-cr- 19

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon and Arnold P. Bernard, Jr., Assistant United States Attorneys for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant CHRISTOPHER ERIC FISHER, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Sections 1114, 1113, 111(a)(1), 111(b), 924(c)(1)(A)(i), 924(c)(1)(A)(iii), and 922(g)(1).

Recommended bond: detention.

Respectfully submitted,

TROY RIVETTI
United States Attorney

By:     */s/ Maureen Sheehan-Balchon*
MAUREEN SHEEHAN-BALCHON
Assistant U.S. Attorney
PA ID No. 78059

*/s/ Arnold P. Bernard, Jr.*
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734