IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:26-cr-19 |
| | ) | |
| CHRISTOPHER ERIC FISHER | ) | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1.      Name of Detainee: CHRISTOPHER ERIC FISHER, Inmate No. 13-0186, Year of Birth: 1984, White, Male.

2.      Detained by: Somerset County Jail, 127 E. Fairview Street, Somerset, PA 15501

3.      Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Sections 111(a)(1), 111(b), 1113, 1114(a)(3), 922(g)(1), 924(c)(1)(A)(i), and 924(c)(1)(A)(iii).

4.      Detainee is presently detained and confined in the Somerset County Jail, Somerset, Pennsylvania.

5.      The above case is set for an Initial Appearance in Pittsburgh, Pennsylvania, on July 8, 2026, at 1:00 P.M., in Courtroom 7B, and it shall therefore be necessary for detainee to be present in Court at that time and to remain in federal custody until the completion of trial on federal charges.

Dated: June 10, 2026

*/s/ Arnold P. Bernard, Jr.*
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

_____
Date

_____
UNITED STATES MAGISTRATE JUDGE